UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Betty Underthun,

Plaintiff,

v.

The Paul Revere Life Insurance Company, a Massachusetts Corporation,

Defendant.

---

Court File No. 01-1639 DWF/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, by their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: March 1, 2002.

Rodney C. Hanson (ID# 167599)
Attorney for Plaintiff

Dated: 3-9, 2002.

John Harper III (ID# 41397)
Attorney for Defendant

FILED MAR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 12th day of March, 2002.

BY THE COURT:

Judge of U.S. District Court

G:\WPDATA\U\UNUMPROVIDENT\43-UNDERTHUN\PLD\STIP DIS AND ORDER.DOC